No. 778. FEDERAL EMPLOYEES' DISTRIBUTING Co. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Edward L. Butterworth* for petitioner. *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for the United States.

No. 788. TUGWELL *v.* A. F. KLAVENESS & Co. C. A. 5th Cir. Certiorari denied. *W. A. Combs* for petitioner. *W. C. Harvin* for respondent.

No. 792. HILTON HOTELS ET AL. *v.* WEAVER, ADMINISTRATOR, HOUSING AND HOME FINANCE AGENCY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Milton V. Freeman* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Harvey L. Zuckman* for respondent.

No. 795. TAYLOR ET AL. *v.* JOHNSON, TRUSTEE, ET AL. C. A. 6th Cir. Certiorari denied. *Stewart R. Jaffy* for petitioners. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board; and *Jack G. Evans* and *Robert W. Newlon* for Johnson, respondents.

No. 807. UNITED AIRCRAFT CORP., PRATT & WHITNEY AIRCRAFT DIVISION, *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Gerard D. Reilly* and *Joseph C. Wells* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.